IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK KGaA, MERCK SERONO SA, and ARES TRADING SA,<br><br>Plaintiffs,<br><br>v.<br><br>HOPEWELL PHARMA VENTURES, INC., et al.,<br><br>Defendants. | C.A. No. 22-1365-GBW-CJB<br>**CONSOLIDATED** |

## ORDER

AND NOW, this 25th day of November 2025, having reviewed the Emergency Motion of Defendant Hopewell Pharma Ventures, Inc. ("Hopewell") to Lift the Regulatory Stay (D.I. 252), the letter response of Plaintiff Merck KGaA ("Merck") (D.I. 253), and Hopewell's letter reply (D.I. 254), the Court finds justification for an expedited briefing schedule. Therefore, **IT IS HEREBY ORDERED** that:

1. Merck's Opposition to Hopewell's Emergency Motion to Lift the Regulatory Stay (D.I. 252) is due on Monday, December 1, 2025 by 5:00 p.m. E.T.; and

2. Hopewell's Reply in support of its Emergency Motion to Lift the Regulatory Stay (D.I. 252) is due on Wednesday, December 3, 2025 by 5:00 p.m. E.T.

_____
UNITED STATES DISTRICT JUDGE